**UNITED STATES of America, Appellee,**

v.

**Pebbles A. GRAHAM, Appellant.**

No. 00–3705.

United States Court of Appeals, Eighth Circuit.

Submitted July 6, 2001.

Filed July 20, 2001.

Before LOKEN, FAGG, and BYE, Circuit Judges.

PER CURIAM.

Pebbles A. Graham pleaded guilty to attempting to manufacture methamphetamine, and the district court sentenced Graham to 46 months imprisonment and four years supervised release. In a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel challenges the sentence imposed by the district court. Counsel contends the district court erroneously calculated the applicable Guidelines range. We disagree. Graham stipulated to the base offense level applied to her, *see United States v. Nguyen,* 46 F.3d 781, 783 (8th Cir.1995) ("A defendant who explicitly and voluntarily exposes himself to a specific sentence may not challenge that punishment on appeal."), and she received all the other sentence adjustments she requested.

Having reviewed the record in keeping with *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and finding no nonfrivolous issues, we grant counsel's motion to withdraw, deny Graham's motion for new counsel, and affirm the district court.